

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ALBERTO PUENTES, | § | No. 08-21-00101-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th Court District Court |
| LILIANA RODARTE, | § | of El Paso County, Texas |
| Appellee. | § | (TC#2018DCM8191) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST OF JULY, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.